# United States Court of Appeals

### For the Eighth Circuit

_____

No. 16-4336

_____

United States of America

*Plaintiff - Appellee*

v.

Jaime Guerrero-Robledo

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of Nebraska - Lincoln

_____

Submitted: July 14, 2017
Filed: July 25, 2017
[Unpublished]

_____

Before GRUENDER, BOWMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Jaime Guerrero-Robledo challenges the sentence the district court[1] imposed after he pled guilty to an immigration offense, pursuant to a plea agreement that

_____

[1]The Honorable John M. Gerrard, United States District Judge for the District of Nebraska.

contained an appeal waiver.  His counsel has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), asking the court to disregard the appeal waiver, and arguing that the sentence is substantively unreasonable.  Counsel also seeks leave to withdraw.

Upon careful review, we conclude that the appeal waiver is valid, applicable, and enforceable.  *See United States v. Scott*, 627 F.3d 702, 704 (8th Cir. 2010) *(de novo* review of validity and applicability of appeal waiver); *United States v. Andis*, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (appeal waiver will be enforced if appeal falls within scope of waiver, defendant knowingly and voluntarily entered into plea agreement and waiver, and enforcing waiver would not result in miscarriage of justice).  In addition, we have independently reviewed the record, pursuant to *Penson v. Ohio*, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal outside the scope of the waiver.  Accordingly, we dismiss this appeal, and we grant counsel leave to withdraw.

_____